# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, D.C. KING, J.P. LISIECKI**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## MICHAEL D. CHAMBERLAIN II
## CORPORAL (E-4), U.S. MARINE CORPS

### NMCCA 201400329
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 28 May 2014.
**Military Judge**: Col D.M. McConnell, USMC.
**Convening Authority**: Commanding Officer, Marine Aviation Logistics Squadron 14, MAG 14, 2d Marine Aircraft Wing, Cherry Point, NC.
**Staff Judge Advocate's Recommendation**: LtCol J.J. Murphy, USMC.
**For Appellant**: LCDR Dillon Ambrose, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

### 18 December 2014

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court